**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FEDERAL DEPOSIT INSURANCE CORPORATION,
as Receiver of First Bank of Jacksonville,

    Plaintiff,

vs.                                        CASE NO.  3:11cv-955-J-32TEM

AMELIA DEVELOPMENT, LLC, a Florida
limited liability company, et al.,

    Defendants.
_____

**O R D E R**

This case is before the Court on Plaintiff's Motion to Substitute Parties and Amend Case Caption (Doc. #16).  Initially one of the Defendants agreed to the sought relief, but the others declined to consent (*see* Doc. #16 at 2; Doc. #19, Defendants' Response). Subsequently, however, the dissenting Defendants withdrew their opposition to Plaintiff's motion (*see* Doc. #21, Notice of Withdrawal. . .) and Plaintiff advised all parties have agreed to the requested substitution (*see* Doc. #22).

Plaintiff avers it has sold its interest in the disputed Note and Mortgage in this action to ADC Venture 2011-2, LLC.  Rule 25(c) of the Federal Rules of Civil Procedure provides:

> **Transfer of Interest**. If an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party. The motion must be served as provided in Rule 25(a)(3).

The transfer of interest must have occurred during the pendency of the litigation for this rule to apply.  *Andrews v. Lakeshore Rehab. Hosp.*, 140 F.2d 1405, 1407 (11th Cir. 1998). Here, the transfer of interest from the FDIC to ADC Venture 2011-2, LLC occurred on

February 6, 2012, with an effective date of December 20, 2011 (*see* Doc. #18 at 3-5). The litigation in this matter was initiated on December September 23, 2011 (Doc. #1, Complaint). Thus, the requirements of Rule 25(c) have been met.

Accordingly, it is hereby **ORDERED:**

1. Plaintiff's Motion to Substitute Parties and Amend Case Caption (Doc. #16) is **GRANTED.**

2. The Clerk is directed to substitute the ADC Venture 2011-2, LLC as Plaintiff in the place of The Federal Deposit Insurance Corporation as Receiver of First Bank of Jacksonville in this action.

3. Counsel for ADC Venture 2011-2, LLC shall enter a notice of appearance as soon as practicable, but **not later than April 3, 2012**.

**DONE AND ORDERED** at Jacksonville, Florida this 20th day of March, 2012.

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge

Copies to all counsel of record
and *pro se* parties, if any